IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEWEL RHODES                                                                                          PLAINTIFF

v.                                        NO. 3:14-cv-00096 JTK

CAROLYN W. COLVIN, Acting Commissioner                                            DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 19th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE